## 70232. BROWN v. WILLIAMS.
### (332 SE2d 48)

BANKE, Chief Judge.

This appeal follows the denial of the appellant's petition to legitimate two minor children born to himself and the appellee. *Held*:

Pursuant to OCGA § 5-6-35 (a) (2), "[a]ppeals from judgments or orders in divorce, alimony, child custody, and other domestic relations cases . . ." are required to be made by application to the appropriate appellate court, rather than by direct appeal. A legitimation proceeding is a type of domestic relations case. The appellant having made no application for permission to appeal in accordance with the code section, it follows that this appeal must be dismissed.

*Appeal dismissed. McMurray, P. J., and Benham, J., concur.*

DECIDED APRIL 17, 1985.

Warren R. Brown II, *pro se.*
Kenneth P. McDuffie, for appellee.